**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

NOT  DESIGNATED  FOR  PUBLICATION

Clayton James Greene
A. V. C. ----- C3-D2 DOC No. 502577
1630 Prison Rd.
Cottonport LA 71327

**REHEARING ACTION: March 17, 2010**

**Docket Number: 09   01105-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CLAYTON JAMES GREENE**

**Writ Application from ST. LANDRY Parish Case No. 03-K-2177-B**

**BEFORE JUDGES:**

  Hon. John D. Saunders
  Hon. Marc T. Amy
  Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Clayton James Greene** has this day been

   **DENIED.**

cc: Earl B. Taylor, Counsel for  the Respondent